IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MODESTO IRRIGATION DISTRICT, a California irrigation district, et al., <br><br>   Plaintiffs, <br> v. <br><br> CARLOS GUTIERREZ, in his official capacity as Secretary of Commerce, et al., <br><br>   Defendants, <br><br> and <br><br> NORTHERN CALIFORNIA COUNCIL OF FEDERATION OF FLY FISHERS, et al., <br><br>   Defendant-Intervenors. | CIV-F-02-6553 OWW DLB <br><br> **ORDER GRANTING FEDERAL DEFENDANTS' REQUEST TO EXTEND STAY OF APRIL 2004 ORDER** |

  Plaintiffs' challenge to the validity of the National Marine Fisheries Service's ("NMFS") Endangered Species Act ("ESA") listing of the Central Valley California Evolutionarily Significant Unit of steelhead ("CV steelhead") is described in this Court's April 12, 2004 Order, granting and denying in part Plaintiffs' motion for summary judgment ("April 2004 Order"), and incorporated herein. See Docket Number 79.  In the April 2004 Order, though finding the listing invalid, this court stayed vacatur of the listing during Federal Defendants' review of the CV steelhead's listing status.  The Court's April 2004 Order required the Federal Defendants to show cause why, if a new final listing determination was not completed by June 14, 2005, the Court should not vacate the invalid CV steelhead listing.

  On July 7, 2005, Federal Defendants responded to the Court's April 2004 Order to show cause.  Federal Defendants informed the Court that they would not be issuing a final listing rule by June 14, 2005 and instead had exercised the statutory six-month extension of the deadline for the final listing determination on a new proposal to list the CV steelhead, set forth at 16 U.S.C. § 1533(b)(6)(B)(i).  Federal Defendants requested that the Court retain the current listing through

the remainder of the six-month extension, extending the protections under the ESA until the final determination on the new listing proposal was completed.  On July 11, 2005, Defendant-Intervenors filed a response in support of Federal Defendants' position.  On August 9, 2005, Plaintiffs filed an opposition to Federal Defendants' request.  On August 12, 2005, *amici curiae* filed an opposition to Federal Defendants' request.  Both oppositions requested the Court to vacate the current listing immediately.  This Court held a status conference on August 24, 2005, during which it heard from all parties concerning Federal Defendants' request to retain the current listing of the CV steelhead.

Having heard from all parties, the Court hereby grants Federal Defendants' request to extend the stay on the April 2004 Order.  The Court denies the request of Plaintiffs and *amici curiae* to immediately vacate the current listing of the CV steelhead.

1.	The Stay on the Order on Plaintiffs' Motion for Summary Judgment, originally set forth in the April 2004 Order, is extended until December 14, 2005, and the current listing determination will remain in effect through that date.  If Federal Defendants have not finalized the new listing determination by the statutory deadline, they bear the burden to move this Court for any further extension or other relief;

2.	The Court expressly reserves jurisdiction to address any threatened irreparable injury through December 14, 2005;

3.	Through December 14, 2005, Federal Defendants shall not seek to modify the water or power operations or facilities of any Plaintiff herein based on the current CV steelhead listing, unless there is an independent unrelated grant to protect Chinook Salmon not at issue in this case.

SO ORDERED.

DATED:   September 12      , 2005.

/s/ OLIVER W. WANGER

_____
Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of September, 2005, I filed a true and correct copy of the foregoing [Proposed] Order Granting Federal Defendants' Request to Extend Stay of April 2004 Order with this Court's CM/ECF system, which generated a Notice of Electronic Filing and service upon the following:

**Russell Clayton Brooks**
rb@pacificlegal.org rlc@pacificlegal.org

**Steven P. Emrick**
semrick@ssjid.com

**Patti Goldman**
pgoldman@earthjustice.org chamborg@earthjustice.org

**Stephen D Mashuda**
smashuda@earthjustice.org chamborg@earthjustice.org

**Roger K Masuda**
rmasuda@calwaterlaw.com

**Tim O'Laughlin**
towater@olaughlinandparis.com

**Kenneth M. Robbins**
krobbins@mrgb.org jlarson@mrgb.org

**Michael Ramsey Sherwood**
msherwood@earthjustice.org jwall@earthjustice.org

**Scott Thomas Steffen**
scottst@mid.org

**Jeanne M Zolezzi**
jzolezzi@herumcrabtree.com rlopez@herumcrabtree.com

Pursuant to the mailing information for this Case, located on the Court's CM/ECF website, no require manual notice.

    *Bridget Kennedy McNeil*
Bridget Kennedy McNeil