**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MODESTO IRRIGATION DISTRICT, a California irrigation district, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CARLOS GUTIERREZ, in his official capacity as Secretary of Commerce, et al.,<br><br>　　　　　Defendants.<br><br>　and<br><br>NORTHERN CALIFORNIA COUNCIL OF FEDERATION OF FLY FISHERS, et al.,<br><br>　　　　　Defendant-<br>　　　　　Intervenors. | 1:02-cv-6553 OWW DLB<br><br>SCHEDULING CONFERENCE ORDER |

**I.   Date of Scheduling Conference.**

　　February 9, 2006.

**II.  Appearances Of Counsel.**

　　Timothy O'Laughlin, Esq., appeared on behalf of Plaintiffs Modesto Irrigation District and all other irrigation districts except the Turlock Irrigation District.

1

 1       Roger K. Masuda, Esq., appeared on behalf of Plaintiff
 2  Turlock Irrigation District.
 3       Jennifer Spaletta, Esq., appeared on behalf of Plaintiff
 4  Stockton East Water District.
 5       Bridget Kennedy McNeil, Esq., Trial Attorney, U.S.
 6  Department of Justice, appeared on behalf of Defendants.
 7       Deanna Harwood, Esq., General Counsel appeared on behalf of
 8  NMFS.
 9       Steve Mashuda, Esq., appeared on behalf of Northern
10  California Council of Federation of Fly Fishers and other
11  Defendant-Intervenors.
12       Michael R. Lozeau, Esq., appeared on behalf of California
13  Sport Fishing Protection Alliance.
14  III.  Orders Entered.
15       1.   The parties agree that the prior decision at dispute in
16  this lawsuit was vacated by the Federal Defendants on December
17  14, 2005.  A new listing decision pursuant to the requirements of
18  law was listed in the Federal Register on January 5, 2006.
19       2.   All parties agree that it is now appropriate to enter a
20  final judgment in this case, No. 1:02-cv-6553 OWW DLB.
21       3.   Plaintiffs have announced their intention to seek
22  recovery of attorneys' fees under the Equal Access to Justice
23  Act.  Any such request shall proceed in accordance with the
24  requirements of law and the Federal Rules of Civil Procedure.
25       4.   The Plaintiffs have announced their intention,
26  following their filing of the required notice dated January 13,
27  2006, under the Endangered Species Act and have announced their
28  intention to challenge the Federal Defendants' new listing

2

1  decision.
2      5.   The parties agree that the new case, which is to be
3  filed in the Eastern District of California, Fresno Division, is
4  a related case to case number 1:02-cv-6553 OWW DLB and to
5  conserve judicial resources, to achieve economy, and to avoid
6  duplication and potential inconsistency, that the new case shall
7  be related to case number 1:02-cv-6553 OWW DLB.
8      6.   The parties further agree that the Defendant-
9  Intervenors, Northern California Council of Federation of Fly
10 Fishers, Federation of Fly Fishers, Delta Fly Fishers, Woodridge
11 Rivers Company, Trout Unlimited, the Center for Biological
12 Diversity, and Pacific Rivers Council, Pacific Legal Foundation
13 as amicus.

DATED:   February 9, 2006.

/s/ OLIVER W. WANGER
―――――――――――――――――――――――
Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

modesto irrigation v. gutierrez sch con