```
                              FILED
                          JUDGMENT ENTERED

                        _____May 18, 2006_____
                                   Date
                         by _____G. Lucas_____
                                Deputy Clerk
                           U.S. District Court
                      Eastern District of California
                        __XX___  FILE CLOSED
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MODESTO IRRIGATION DISTRICT, et al.,

    Plaintiff,

**JUDGMENT IN A CIVIL ACTION**

vs.

CV-F-02-6553 OWW/DLB

CARLOS GUTIERREZ, et al., etc.,

    Defendant.
_____/

    DECISION BY COURT:  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of the plaintiffs and against the defendants.

DATED: May 18, 2006

                                  JACK L. WAGNER, Clerk

                                  /S/ Greg Lucas
                        By:
                                  Deputy Clerk

jgm.civ
2/1/95