Jeanne M. Zolezzi
Jennifer L. Spaletta
HERUM CRABTREE BROWN
*A California Professional Corporation*
2291 W. March Lane, Suite B100
Stockton, California 95207
Tel: (209) 472-7700
Fax: (209) 472-7986

Attorneys for Plainitff Stockton East Water District

Roger K. Masuda
James Koontz
GRIFFITH & MASUDA
A Professional Law Corporation
517 East Olive Street
P.O. Box 510
Turlock, CA 95381
Telephone: (209) 667-5501; (209) 667-8176 (fax)

Attorneys for Plaintiff Turlock Irrigation District

SUE ELLEN WOOLDRIDGE,
Assistant Attorney General
Environment and Natural Resources Division
JEAN E. WILLIAMS, Chief
BRIDGET KENNEDY McNEIL, Trial Attorney
Wildlife and Marine Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Tel: (202) 305-0388/ Fax: (202)305-0275
bridget.mcneil@usdoj.gov

Attorneys for Defendants Carlos Gutierrez,
in his official capacity as Secretary of Commerce;
National Marine Fisheries Service ("NMFS");
Dr. William T. Hogarth, in his official capacity as
Assistant Administrator for Fisheries, NMFS;
D. Robert Lohn, in his official capacity as
Regional Administrator, Northwest Region NMFS; and
Rodney McInnis, in his official capacity as
Regional Administrator, Southwest Region, NMFS.

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MODESTO IRRIGATION DISTRICT, <br> a California irrigation district, et al., <br><br> Plaintiffs, <br> v. | CIV-F-02-6553 OWW DLB |

| | |
|---|---|
| CARLOS GUTIERREZ, in his official capacity as Secretary of Commerce, et al., | )<br>)<br>) |
| Defendants, | ) **STIPULATION TO SETTLE**<br>) **PLAINTIFFS' MOTION FOR**<br>) **ATTORNEYS' FEES** |
| and | )<br>) |
| NORTHERN CALIFORNIA COUNCIL OF FEDERATION OF FLY FISHERS, et al., | )<br>)<br>) |
| Defendant-Intervenors. | )<br>) |

Plaintiffs Turlock Irrigation District and Stockton East Water District, and Defendants Carlos Gutierrez, in his official capacity as Secretary of Commerce; the National Marine Fisheries Service ("NMFS"); Dr. William T. Hogarth, in his official capacity as Assistant Administrator for Fisheries, NMFS; D. Robert Lohn, in his official capacity as Regional Administrator, Northwest Region NMFS; and Rodney McInnis, in his official capacity as Regional Administrator, Southwest Region, NMFS, (collectively "Federal Defendants" or "NMFS"), by and through their undersigned counsel, say as follows:

WHEREAS, pursuant to the Endangered Species Act ("ESA"), 16 U.S.C. § 1531 *et seq.* (1973), the Service published in the Federal Register the final rule listing the Central Valley California distinct population segment of steelhead ("CV steelhead") as threatened.  63 Fed. Reg. 13,347 (March 19, 1998);

WHEREAS on December 11, 2002, Plaintiffs filed their Complaint against Defendants challenging the CV steelhead listing determination for failure to include resident rainbow trout and hatchery populations of CV steelhead, in violation of Section 4 of the Endangered Species Act ("ESA"), 16 U.S.C. § 1533;

WHEREAS on April 12, 2004, the Court granted, in part, Plaintiffs' Motion for Summary Judgment, invalidating the 1998 ESA listing of CV steelhead, but staying the order until NMFS expected to issue a new listing determination for the CV steelhead, or June 11, 2005;

WHEREAS after two extensions of the stay order, NMFS published a new listing for this

1 distinct population segment, 71 Fed. Reg. 834 (Jan. 5, 2006);

2   WHEREAS at the February 9, 2006 status conference, all the parties agreed that final
3 judgment should be entered in favor of Plaintiffs in this matter;

4   WHEREAS such final judgment was entered on May 22, 2006;

5   WHEREAS on June 1, 2006, Plaintiffs Turlock Irrigation District and Stockton East
6 Water District moved for an award of attorneys' fees and costs;

7   WHEREAS the parties agree that it is in the interest of the parties and judicial economy
8 to settle the Plaintiff's claim for attorneys' fees and costs in this action without protracted
9 litigation; and

10   WHEREAS the parties enter this Stipulation without any admission of fact or law, or
11 waiver of any claims or defenses, factual or legal.

12   NOW, THEREFORE, the parties hereby Stipulate and Agree as follows:

13   1. Defendant agrees to settle all of Plaintiff's claims for costs and attorneys' fees in the
14 above-captioned litigation for a total of $ 61,106.25.  Two checks will be made payable: (1) as to
15 Plaintiff Turlock Irrigation District, the check will be made payable to the Griffith & Masuda
16 Trust Account, in the amount of $40,367.25, sent to Griffith & Masuda, 517 East Olive Street,
17 P.O. Box 510, Turlock, California, 95381; and (2) as to Plaintiff Stockton East Water District, a
18 check in the amount of $20,739.00  will be made payable to Herum Crabtree Brown, 2291 West
19 March Lane Suite B100, Stockton, California, 95207.

20   2. Defendant agrees to submit all necessary paperwork to the Department of the
21 Treasury's Judgment Fund Office, pursuant to 16 U.S.C. § 1540(g)(4), within ten (10) business
22 days of receipt of the signed court order approving this stipulation;

23   3. If payment is not made within 90 days from the Court's entry of this stipulation,
24 Plaintiffs reserve the right to recalendar their motion for fees for hearing on the earliest possible
25 date.  Before Plaintiffs recalendar the motion, the parties shall attempt to negotiate an extension
26 of the payment deadline.

27

28

1    4. Plaintiffs agree to accept payment of $ 61,106.25 in full satisfaction of any and all claims for attorneys' fees and costs of litigation to which Plaintiffs are entitled in the above-captioned litigation, through and including the date of this agreement;

5. Plaintiffs agree that receipt of this payment from Defendant shall operate as a release of Plaintiffs' claims for attorneys' fees and costs in this matter, through and including the date of this agreement;

6. By this agreement, Defendant does not waive any right to contest fees claimed by Plaintiffs or Plaintiffs' counsel, including the hourly rate, in any future litigation, or continuation of the present action.  Further, this stipulation as to attorneys' fees and costs has no precedential value and shall not be used as evidence in any other attorneys' fees litigation.

Dated: July 3, 2006.

SUE ELLEN WOOLDRIDGE,
Assistant Attorney General
United States Department of Justice
JEAN WILLIAMS, Chief

By: /s/ *Bridget Kennedy McNeil*
BRIDGET KENNEDY McNEIL, Trial Attorney
Wildlife and Marine Resources Section
Environment and Natural Resources Division
United States Department of Justice
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Tel: (202) 305-0229 / Fax: (202) 305-0275
bridget.mcneil@usdoj.gov

Attorneys for Defendants

Dated: July 3, 2006.

   /s/ *Jeanne M. Zolezzi*
Jeanne M. Zolezzi
Jennifer L. Spaletta
HERUM CRABTREE BROWN
*A California Professional Corporation*
2291 W. March Lane, Suite B100
Stockton, California 95207
Tel: (209) 472-7700
Fax: (209) 472-7986

Attorneys for Plaintiff Stockton East Water District

Dated: July 3, 2006.             */s/ Roger K. Masuda*
                                 Roger K. Masuda
                                 James Koontz
                                 GRIFFITH & MASUDA
                                 A Professional Law Corporation
                                 517 East Olive Street
                                 P.O. Box 510
                                 Turlock, CA 95381
                                 Telephone: (209) 667-5501; (209) 667-8176 (fax)

                                 Attorneys for Plaintiff Turlock Irrigation District

IT IS SO ORDERED.

**Dated:   July 5, 2006**              **/s/ Oliver W. Wanger**
emm0d6                                 UNITED STATES DISTRICT JUDGE

5
STIPULATION TO SETTLE ATTORNEYS' FEES AND COSTS